**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1162**

_____

THOMAS EARL JONES,

               Plaintiff - Appellant,

      v.

WILBERT BURIAL VAULT INC; BOYD C. ANDERSON; STEPHEN M. YOUNG,

               Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, District Judge.  (6:15-cv-03408-TMC)

_____

Submitted:  May 23, 2017                         Decided:  May 25, 2017

_____

Before KING, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas Earl Jones, Appellant Pro Se.  Vernon F. Dunbar, McANGUS, GOUDELOCK & COURIE, LLP, Greenville, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Earl Jones appeals the district court's order dismissing his civil action seeking recovery under a profit sharing retirement plan administered by his former employer, Wilbert Burial Vault, Inc. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Wilbert Burial Vault Inc.*, No. 6:15-cv-03408-TMC (D.S.C. Jan. 6, 2017). In light of this disposition, we deny the Defendants' motion to dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*